RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

NOV 17 2016

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

PRO SE COMPLAINT FORM   MEDICAL MALPRACTICE

IN THE NORTHERN STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA

Atlanta DIVISION

Lateefah Ameen

V.

Dr. Lillian Schapiro

Defendants

Dr. Lillian Schapiro

Piedmont Hospital

Anna ( Physician Assistant)

All staff during surgery

All OR nurses pre op and post op

CIVIL ACTION FILE NO.

**1:16-CV-4296**

( to be assigned by Clerk

November 15, 2016

IN THE NORTHERN DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA
_____ DIVISION

PRO SE COMPLAINT FORM    MEDICAL MALPRACTICE

November 15, 2016

I'm officially filing a malpractice lawsuit against Dr. Lillian Schapiro for medical negligence and personal injury. I had surgery a Laparoscopic Robotic Myomectomy on December 13, 2013 at Piedmont Hospital. Because of the symptoms I was experiencing, I had repeat x-rays done. The repeat x-rays showed fibroids still left in my body after surgery. Piedmont hospital was paid 40, 000 for this surgery. I attempted to call Dr.schapiro no return call and I sent a letter regarding this matter via fax and mail no response at this time. I'm not sure what was done during this surgery but I can no longer digest foods I previously had no problems digesting and I'm experiencing other issues.

Sincerely,

Lafeefah Ameen